IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRIS A.K., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | CV 20-128-M-DWM <br><br><br> JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered consistent with the Court's Order entered June 16, 2021, affirming the Commissioner's denial of benefits.

      Dated this 16th day of June, 2021.

                            TYLER P. GILMAN, CLERK

                            <u>/s/ Nicole Stephens</u>
                            Nicole Stephens, Deputy Clerk